# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| ALEX C. BARR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV417-203 |
| | ) | |
| BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant's motion to stay discovery (doc. 5) pending resolution of the motion to dismiss in lieu of answer (doc. 4), which is unopposed, is **GRANTED**. *See* S.D. Ga. L. R. 7.5 (no response means no opposition).

**SO ORDERED,** this __19th__ day of January, 2018.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

FILED
Scott L. Poff, Clerk
United States District Court
By James Burrell at 4:08 pm, Jan 19, 2018