# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| ALEX BARR, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV417-203 |
| NICHOLAS SILBERG, | ) ) | |
| Defendant. | ) | |

## ORDER

The parties were previously directed to hold a Rule 26(f) conference within fourteen days from the filing of defendant's answer, and to file a Rule 26(f) Report within seven days of that conference. Doc. 19. To this date, no such report has been filed with the Court. The parties are **DIRECTED** to **SHOW CAUSE** why this case should not be dismissed for failure to follow a Court order. See L.R. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d

1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992).

**SO ORDERED,** this 29th day of October, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA