# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| ALEX BARR, | ) | |
|       Plaintiff, | ) | |
| v. | ) | CV417-203 |
| NICHOLAS SILBERG, | ) | |
|       Defendant. | ) | |

# **ORDER**

The parties conducted a conference pursuant to Federal Rule of Civil Procedure 26(f) on June 17, 2019. The Court directed the parties to file a Rule 26(f) report within seven days of that conference; however, the parties filed that report 140 days later and after prompting by this Court. Doc. 19 at 3–4. Though the parties have provided a response to the Court's show cause order, they have neither offered a satisfactory reason for their delay nor have they advised the Court as to what discovery steps have been taken in the interim or, indeed, that anything has stymied their best efforts to prosecute their case. Doc. 27.

Local rules require discovery to be completed within 140 days of the filing of the last answer of the defendants named in the original

complaint. Loc. R. 26.1(d). These deadlines shall not be extended except upon a specific showing of good cause and an order of the Court. Fed. R. Civ. P. 16(b)(4). **The showing of good cause necessary to obtain an extension of deadlines requires a specific showing of what the parties have accomplished to date in discovery, what remains to be accomplished, and why the parties have not been able to meet the Court's deadlines.** Bare boilerplate assertions such as "the parties have diligently pursued discovery to date, but additional time is necessary" do not suffice to establish good cause. Mere acknowledgements of forgetfulness and negligence, as is the case now, are even less compelling.

As the parties have offered no good cause for either their delayed filing of the 26(f) Report or their failure to seek discovery in the meantime, they shall complete discovery in this case by no later than January 24, 2020. Initial disclosures shall be exchanged by November 15, 2019. A status report shall be filed with the Court on February 7, 2020.[1] All civil motions, including Daubert motions, but excluding

---

[1] A Post-Discovery Status Report Form for Judge Baker's cases is available on the Court's website www.gas.uscourts.gov under "forms." The parties are directed to use the content and format contained in this Form when reporting to the Court.

motions *in limine*, shall be shall filed by February 21, 2020.  Any motions to extend the deadlines established in this Order must be supported by good cause.[2]

**SO ORDERED**, this 6th day of November, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[2] Should any party seek an extension of these deadlines or seek the extension of any other deadline in this case (including an extension of a deadline to respond to a motion or file any other pleading), the party should first contact all other party and determine if the other party joins in, consents to, or opposes the request for an extension.  When filing the motion for an extension, the party requesting the extension must state in their motion for an extension whether the other party joins in, consents to, or opposes the request for an extension.